FILED'10 AUG 2 12:10USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TERRY PARKER,

        Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

        Defendant.

Civ. No. 09-183-CL

ORDER

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

    I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Report and Recommendation of Magistrate

1 - ORDER

Judge Clarke.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#12) is adopted. The Commissioner's decision is affirmed.

IT IS SO ORDERED.

DATED this ____ day of ~~July~~ Aug., 2010.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER